UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

UNITED STATES OF AMERICA,

               -v-

ZABAR IRICK,

          Defendant.

------------------------------------------------------- X

25 Cr. 52 (RA)

ORDER

RONNIE ABRAMS, District Judge:

As discussed at today's conference, the parties' agree that the defendant shall be released from the custody of the United States Marshals Service on the following bail conditions:

- The defendant will be monitored by a form of location monitoring, with technology at the discretion of the probation office, and must abide by all technology requirements.

- The defendant must pay all or part of the costs of participation in the location monitoring program, as directed by the Court and the probation officer.

- The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer (Home Detention).

SO ORDERED.

Dated:      December 5, 2025
             New York, New York

_____
          Ronnie Abrams
      United States District Judge