# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2026

**BY ECF**

Application granted.  The status conference
is adjourned to June 12, 2026 at 2:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Ronnie Abrams, U.S.D.J.
May 14, 2026

Re: *United States v. Zabar Irick*, 25 Cr. 52 (RA)

Dear Judge Abrams,

I write on behalf of the parties in advance of the status conference scheduled for June 1, 2026, at 11:30 a.m. I respectfully request adjournment of the status conference by approximately one week. The government and probation consent to this request.

Mr. Irick was admitted to the Cornerstone inpatient treatment facility on May 6. He is currently stable and enrolled in a 28-day program, which will end on June 3. I have contacted the facility and was advised that the program is unable to accommodate transportation for court appearances during the 28-day program, as it does not permit its patients to leave the facility until they have completed the program. For this reason, I respectfully request that the Court adjourn Mr. Irick's status conference to no sooner than the week of June 8. The parties are available on June 9, 11, and 12 (except for from 9:30 a.m. - 12 p.m.).

The parties are continuing to discuss a resolution this matter that would obviate the need for a contested hearing. The parties hope to be able to present the Court with its proposed resolution at the next conference. If no joint resolution is reached, the parties expect to be prepared to set this matter for a contested hearing.

2

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Zabar Irick


CC:    AUSA Robert Ruff
        US Probation Officer Michael Estreicher

2