# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 22, 2026

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The status conference is adjourned to
August 19, 2026 at 1:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 23, 2026

Re: *United States v. Zabar Irick*, 25 Cr. 52 (RA)

Dear Judge Abrams,

I write on behalf of the parties in advance of the status conference scheduled for June 23, 2026, at 11:30 a.m. Since the last adjournment, the parties informed the Court that it had arrived at a proposed resolution of this matter, wherein Mr. Irick will admit to a subset of the specifications charged in the VOSR petition.

Mr. Irick was admitted to the Samaritan Village inpatient program on June 8 and is expected to be discharged on or around September 8. Samaritan Village caseworkers notified the parties last week that, due to a conflict in the program's schedule, there will be no staff available to transport Mr. Irick to court on June 23. The parties therefore respectfully request adjournment of the status conference to a date and time in August.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Zabar Irick

CC:    AUSA Robert Ruff
       US Probation Officer Michael Estreicher