UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ZABAR IRICK,

Defendant.

No. 25-CR-52

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the parties and the Probation Department consent to remove Mr. Irick from location monitoring.

SO ORDERED.

Dated: August 19, 2026
New York, New York

Ronnie Abrams
United States District Judge