Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 22, 2026

**<u>BY ECF</u>**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 8, 2026

**Re: *United States v. Zabar Irick*, 25 Cr. 52 (RA)**

Dear Judge Abrams,

With the consent of the Government, I write to respectfully request a brief adjournment of the sentencing submission deadlines in this matter. By way of background, on August 19, 2026, Mr. Irick appeared before this Court and entered a guilty plea to certain specifications in the Violation Report. The Court set sentencing for Friday, October 2, 2026, at 4:00 p.m., with any defense submission due by October 18, 2026, and any Government submission due by October 25, 2026.

Undersigned counsel begins trial on September 15, 2026, in *United States v. Jamal Morris*, 26 Cr. 147. As such, counsel requires additional time to finalize the sentencing submission in this matter. The defense respectfully requests an adjournment of the defense submission deadline to Monday, September 21, 2026, and an extension of the Government submission deadline to Monday, September 28, 2026. We request that the sentencing hearing date remain unchanged. The Government consents to this request.

Respectfully submitted,

*<u>/s/ Joy Chen</u>*
Joy Chen
Assistant Federal Defender
Counsel for Zabar Irick

CC: AUSA Robert Ruff